closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA F. REYES, <br><br>      Plaintiff, <br><br> vs. <br><br> PRINCESS CRUISE LINES, LTD., <br><br>      Defendant. | Case No: 2:20-cv-4099-JFW (ASx) <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> District Judge:    John F. Walter <br> Magistrate Judge:  Alka Sagar |

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.     All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2.     Each party to bear its own fees and costs;

**IT IS SO ORDERED.**

Dated:  February 12, 2021

_____
Honorable John F. Walter
United States District Judge